**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:06-CR-085-JCM (GWF) |
| DUMITRU NICULESCU, and ROBERTO POPA, | ) |
| Defendants. | ) |

**FINAL ORDER OF FORFEITURE**

On November 2, 2007, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Sections 982(a)(2)(B) and (b)(1); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p), based upon the plea of guilty by defendant DUMITRU NICULESCU to a criminal offense, forfeiting specific property alleged in the Fourth Superseding Indictment and shown by the United States to have a requisite nexus to the offense to which defendant DUMITRU NICULESCU pled guilty.

On March 3, 2008, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Sections 982(a)(2)(B) and (b)(1); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p), based upon the jury verdict finding defendant ROBERTO POPA guilty of the criminal offenses, forfeiting specific property alleged in the Fourth Superseding

1  Indictment and shown by the United States to have a requisite nexus to the offense to which defendant
2  ROBERTO POPA was found guilty.
3      This Court finds the United States of America published the notice of the forfeiture in
4  accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,
5  consecutively from September 16, 2010 through October 15, 2010, notifying all known third parties
6  of their right to petition the Court.
7      This Court finds no petition was filed herein by or on behalf of any person or entity and the
8  time for filing such petitions and claims has expired.
9      This Court finds no petitions are pending with regard to the assets named herein and the time
10 for presenting such petitions has expired.
11     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
12 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
13 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
14 32.2(c)(2); Title 18, United States Code, Sections 982(a)(2)(B) and (b)(1); Title 18, United States
15 Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p); and Title 21, United
16 States Code, Section 853(n)(7) and shall be disposed of according to law:
17     (a)    Linotronic 330 printer;
18     (b)    Sony Cybershot digital camera;
19     (c)    Epson Stylus 3000 color printer;
20     (d)    VasTech DT-14 developing machine;
21     (e)    DEK 1202 printing machine;
22     (f)    CRON-180UV printing machine;
23     (g)    CanadaStamp HP 1000 printing machine;
24     (h)    Cron Card Offset model CCP-01 press machine;
25     (i)    Little Joe press model 585;
26     (j)    MicroTech Scan maker 4 scanner;

1      (k)    Nu Line Imaging System NL 22-8C;

2      (l)    Phaser 7300 color printer;

3      (m)    HP Colorjet 2500L printer;

4      (n)    Idel-Werk document cutter;

5      (o)    X-Rite density calibrator;

6      (p)    Polaroid Colorshot photo printer;

7      (q)    Dell Optiplex GX 240 computer;

8      (r)    Apple Power Mac G-4 computer;

9      (s)    Two (2) laptop computers;

10     (t)    Dell Optiplex GX-150 computer;

11     (u)    Compaq Presario computer;

12     (v)    Lock pick and/or burglary tools; and

13     (w)    Counterfeit identification documents.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 2nd day of December, 2010.

                                                           UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi Skillin, certify that the following individuals were served with copies of the Final Order of Forfeiture on December 1, 2010 by the below identified method of service:

<u>E-mail/ECF</u>

Richard A. Wright
Wright, Stanish & Winckler
300 South Fourth Street, Suite 701
Las Vegas, NV 89101
Rick@wswlawlv.com
*Counsel for Stefan Naghiu*

Mark B. Bailus
Bailus, Cook & Kelesis, Ltd.
400 South Fourth Street, Suite 300
Las Vegas, NV 89101
Law@bckltd.com
*Counsel for Marius Ciurea*

Terrence M. Jackson
Law Office of Terrence M. Jackson
624 South Ninth Street
Las Vegas, NV 89101
Terry.Jackson.Esq@gmail.com
*Counsel for Dumitru Niculescu*

Jess R. Marchese
Law Office of Jess R. Marchese
815 South Casino Center Boulevard
Las Vegas, NV 89101
Marcheselaw@msn.com
*Counsel for Valentin Gane*

Anthony P. Sgro
Patti & Sgro
720 South Seventh Street, Suite 300
Las Vegas, NV 89101
aturner@pattisgrolewis.com
*Counsel for Marius Morea*

Michael W. Sanft
Sanft Law
520 South Fourth Street
Las Vegas, NV 89101
Sanflawgroup@mac.com
*Counsel for Daniel Vaida*

Beau Sterling
Sterling Law LLC
228 South Fourth Street
Las Vegas, NV 89101
bsterling@sterlinglaw.us
*Counsel for Roberto Popa*

Charles E. Kelly
Kelly P.C.
706 South Eighth Street
Las Vegas, NV 89101
Ceklv@aol.com

    /s/Heidi L. Skillin
HEIDI L. SKILLIN
Forfeiture Support Associate Clerk